**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  15-cr-00235-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  RIGOBERTO AJTUN-TORRES,

      Defendant.

---

**ORDER**

---

      Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on July 22, 2015,

      **IT IS ORDERED** that Defendant Rigoberto Ajtun-Torres is sentenced to **time served**.

      Dated:  July 22, 2015

                              BY THE COURT:

                              s/ Robert E. Blackburn
                              ROBERT E. BLACKBURN,
                              UNITED STATES DISTRICT JUDGE